# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2017-1560

**MERCK SHARP & DOHME CORP.,**

*Plaintiff - Appellant*

v.

**AMNEAL PHARMACEUTICALS LLC,**

*Defendant - Appellee*

Appeal from the United States District Court for the District of Delaware in No. 1:15-cv-00250-SLR-SRF, Judge Sue L. Robinson.

## MANDATE

In accordance with the judgment of this Court, entered February 9, 2018, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Costs in the amount of $500.00 were determined and taxed against the appellant.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

cc: Nicolas Barzoukas
Clerk of Court, District of Delaware (Wilmington)
Joshua Davis
Devon Edwards
Matthew S. Freimuth
Michael Johnson
Thomas J. Meloro
Lisa M. Thomas